## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JEFFREY WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 16-163-DCR-HAI |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeffrey Walters appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 17th day of November, 2017 (Doc. 89) and the preceding Memorandum Opinion & Order entered on the 17th day of November, 2017 (Doc. 88).

Respectfully submitted,

ARMBRUSTER, DRIPPS, WINTERSCHEIDT & BLOTEVOGEL, LLC

By  /s/ Michael T. Blotevogel
51 Executive Plaza Court
Maryville IL 62062
Phone: 800/917-1529
Fax: 800/927-1529
mikeb@adwblaw.com
*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with a copy being sent by the Court's ECF system on December 14, 2017, to the following:

James W. Turner
Jessica L. Wiley
Steptoe & Johnson - Huntington, WV
1000 Fifth Avenue
Chase Tower, Suite 250
Huntington WV  25701
james.turner@steptoe-johnson.com; cynthia.workman@steptoe-johnson.com;
jennifer.simpkins@steptoe-johnson.com; michael.edwards@steptoe-johnson.com,
wanda.smith@steptoe-johnson.com;
jessica.wiley@steptoe-johnson.com

Robert Edward Ryan
Steptoe & Johnson PLLC-Charleston WV
707 Virgian St. E
Eighth Floor, Chase Tower
P. O. Box 1588
Charleston, WV  25326-1588
robert.ryan@steptoe-johnson.com; Renee.Holloway@steptoe-johnson.com;
barbara.matthey@steptoe-johnson.com

*Counsel for Defendant*

                                                            /s/ Michael Blotevogel_____