# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  December 20, 2017

Michael Blotevogel
Armbruster, Dripps, Winterscheidt & Blotevogel
51 Executive Plaza Court
Maryville, IL 62062

Robert Edward Ryan
Steptoe & Johnson
707 Virginia Street, E.
8th Floor
Charleston, WV 25301

Re:  Case No. 17-6508, *Jeffrey Walters v. CSX Transportation, Inc.*
Originating Case No. : 6:16-cv-00163

Dear Counsel,

   This appeal has been docketed as case number **17-6508** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 3, 2018**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 17-6508**

JEFFREY WALTERS

      Plaintiff - Appellant

v.

CSX TRANSPORTATION, INC.

      Defendant - Appellee